United States Courts
Southern District of Texas
FILED

APR 1 0 2026

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Rene Roberto Aguirre Jr.**

**CRIMINAL COMPLAINT**

Case Number: C - 26 - 300 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about _____**April 8, 2026**_____ in _____**Brooks**_____ County, in the
<br>(Date)

Southern District of Texas, defendants,     **Rene Roberto Aguirre Jr.**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title _____**8**_____ United States Code, Section(s) _____**1324(a)(1)(A)(iii)**_____ .
I further state that I am a(n) _____**Border Patrol Agent**_____ and that this complaint is based on the
<br>Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent     **Seth Cobb**

Continued on the attached sheet and made a part of this complaint:     [ X ] Yes     [ ] No

<br>

Signature of Complainant
**Seth Cobb**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

_____April 10,2026_____
DATE

at     _____Corpus Christi, Texas_____
City and State

**Jason B. Libby U.S. Magistrate Judge**
NAME AND TITLE OF JUDICIAL OFFICER

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report /affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## FACTS/DETAILS:

On April 8, 2026, A Border Patrol Agent (BPA) was assigned traffic check duties at the United States Border Patrol Checkpoint. At approximately 10:55 pm, a red 2013, Kenworth Tractor approached the primary inspection lane for an immigration inspection of its occupants. Once the vehicle stopped, the Agent greeted the driver, later identified as Rene Roberto AGUIRRE Jr, and asked if he was the only person in the vehicle. AGUIRRE hesitated and stated that he was alone in the vehicle. When the Agent questioned AGUIRRE about his travel Itinerary, AGUIRRE stated he was coming from Brownsville, Tx and heading to Pasadena, Tx. During the immigration inspection, a BPA canine handler and his canine were conducting a free air sniff of the vehicle and informed the Agent that the canine was alerting to the vehicle. The Agent instructed AGUIRRE to park in the secondary inspection area for further investigation due to the Caine alert. Before driving to the secondary inspection area, AGUIRRE was asked if he was a United States citizen to which AGUIRRE stated yes.

While in the secondary inspection area, additional Agents searched the tractor and discovered five subjects hiding in the sleeping area. Immigration inspections were conducted on all five subjects and revealed that all five subjects were illegally present in the United States.

## MIRANDA RIGHTS WARNING:

All subjects were advised of their Miranda Rights in their respective languages.

**PRINCIPAL STATEMENT**: Rene Roberto AGUIRRE Jr.

AGUIRRE stated that he understood his rights and signed the form accordingly. While simultaneously acknowledging and signing the form, AGUIRRE stated, "I'm gonna sign this and wait for my attorney."

**SMUGGLED ALIEN STATEMENT**: Pedro LINARES-Hernandez

LINARES stated that he illegally entered the United States on Sunday, April 5, 2026, at approximately 12:00 a.m. near Reynosa, through the river. LINARES said that a dark in color pick-up truck was waiting for him. LINARES stayed at to two different stash houses after entering the United States. On April 8, 2026, around 7:00 p.m., a male subject knocked on the house door and instructed him to get out of the house and enter the vehicle. LINARES said that after exiting the house, he noticed that the vehicle was a red tractor. LINARES described the male subject as tall and dark skin. He stated that the male subject guided him on where and how to hide inside the tractor, and that he was on a corner on top of the bed. LINARES also stated that he was instructed to get his shoes off before climbing into the tractor. LINARES said that after they started driving, they made a stop within the first three to five minutes approximately and picked up the trailer. LINARES stated that while on the way to their destination (Houston, Texas) the driver told them to stay quiet. He stated that it took them approximately one hour and thirty minutes until their apprehension at the Falfurrias Border Patrol Checkpoint. A photo line-up was presented to LINARES during questioning, and he was able to identify the principal/driver.

**MATERIAL WITNESS STATEMENT:** Marlen Arely MARQUEZ-Flores

MARQUEZ-Flores crossed into the United States illegally from Mexico on April 5, 2026, from El Salvador. Once she was in Reynosa, she got in contact with a friend who was able to help her cross by paying a sum of four thousand USD. Once she crossed illegally into the United States, she walked for about three hours and waited for a car to pick her up. Once the car arrived, her and 2 other females from this failed smuggling attempt got into the car and the driver took them to an abandoned house. On Wednesday April 8, 2026, she was taken to the location of the tractor trailer. MARQUEZ-Flores stated that the tractor was on the side of the road and there were houses nearby. Once she arrived, Marquez-FLORES stated the driver of the vehicle told her to take off her shoes and to put them along with her cellphone in a bag. She was then advised to hide inside the closet on the right side of the sleeping area. Marquez-FLORES stated she was hiding in the closet for about 30-45 minutes until she finally felt someone get in the tractor and start driving.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney's Office who accepted Rene Roberto AGUIRRE Jr. for prosecution of 8 USC 1324, Alien Smuggling. Marlen Arely MARQUEZ-Flores will be held as a Material Witness.

Seth Cobb

Border Patrol Agent

Submitted by reliable electronic means, sworn to signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on April 10, 2026.

Jason B. Libby United States Magistrate Judge